JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                                                October 13, 1995

RTC#    CAPTION                                                                                                                      Page:    1

28 √  IN RE CHICAGO TRIBUNE COMPANY, 318 NLRB NO. 71, DATED AUGUST 31, 1995, ISSUED ON SEPTEMBER 5, 1995

   10/06/95                                              10/06/95                                              10/13/95
   PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION  CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD -  PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED
   RECEIVED FROM THE NATIONAL LABOR RELATIONS BOARD -- 2 Consolidating 2 appeals that were pending in 2        10/13/95 (rec'd 10/12/95) -- Received from theNational
   Petitions pending in 2 Circuits as follows: one in D.C. Circuits - The Court of Appeals for the 7th Circuit Labor Relations Board  (lg)
   Circuit and  one in 7th Circuit - Regarding National   was DESIGNATED.  Random Selector, Laura Gorman, Work
   Labor Relations Board, case no. 318 NLRB No. 71        Leader Deputy Clerk and Witnesses, Patricia D.
   (Received 9/21/95) (lg)                                Howard, Clerk of the Panel and Vivian Challen, Chief
                                                          Deputy Clerk  (lg)

   MOTION TO ATTEND THE RANDOM SELECTION PROCESS CONDUCTED
   PURSUANT TO 28 U.S.C. §2112(a)(3) RECEIVED FROM KING &
   BALLOW, COUNSEL FOR CHICAGO TRIBUNE COMPANY --
   (Received 9/21/95)  (lg)

   LETTER FROM THE HONORABLE JOHN F. NANGLE, CHAIRMAN OF
   THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION --
   Responding to Motion of Chicago Tribune Company -
   REQUEST TO BE IN ATTENDANCE DURING RANDOM SELECTION
   GRANTED TO ANY REPRESENTATIVES OF THE INVOLVED PARTIES
   - w/ at least two days' notice (Received 10/2/95)  (lg)

   RELATED ACTIONS

      07-95-3166        Chicago Tribune Company v. National Labor Relations Board
      DC-95-1466        Chicago Web Printing Pressmen's Union No. 7 , Graphic Communications International Union, AFL-CIO v. National Labor Relations Board

Key: √ Signifies Proof Of Service Filed By Agency

```
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                          October 06, 1995

RTC#   CAPTION                                                                                    Page:    1
```

**28**   IN RE CHICAGO TRIBUNE COMPANY, 318 NLRB NO. 71, DATED AUGUST 31, 1995, ISSUED ON SEPTEMBER 5, 1995

| 10/06/95 | 10/06/95 |
|---|---|
| PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM THE NATIONAL LABOR RELATIONS BOARD -- 2 Petitions pending in 2 Circuits as follows: one in D.C. Circuit and one in 7th Circuit - Regarding National Labor Relations Board, case no. 318 NLRB No. 71 (Received 9/21/95) (lg) | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD - Consolidating 2 appeals that were pending in 2 Circuits - The Court of Appeals for the 7th Circuit was DESIGNATED. Random Selector, Laura Gorman, Work Leader Deputy Clerk and Witnesses, Patricia D. Howard, Clerk of the Panel and Vivian Challen, Chief Deputy Clerk (lg) |
| MOTION TO ATTEND THE RANDOM SELECTION PROCESS CONDUCTED PURSUANT TO 28 U.S.C. §2112(a)(3) RECEIVED FROM KING & BALLOW, COUNSEL FOR CHICAGO TRIBUNE COMPANY -- (Received 9/21/95) (lg) | |
| LETTER FROM THE HONORABLE JOHN F. NANGLE, CHAIRMAN OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- Responding to Motion of Chicago Tribune Company - REQUEST TO BE IN ATTENDANCE DURING RANDOM SELECTION GRANTED TO ANY REPRESENTATIVES OF THE INVOLVED PARTIES - w/ at least two days' notice (Received 10/2/95) (lg) | |

RELATED ACTIONS

  DC-95-1466        Chicago Web Printing Pressmen's Union No. 7 , Graphic Communications International Union, AFL-CIO v. National Labor Relations Board

Key: √ Signifies Proof Of Service Filed By Agency